UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>                Plaintiff,<br><br>                v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>                Defendant. | Civil Action No. 21-2007 (TNM) |

## JOINT STATUS REPORT

Pursuant to the November 29, 2021, Minute Order, Plaintiff Democracy Forward Foundation and Defendant, U.S. Department of Education (the "Agency"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on July 23, 2021. ECF No. 1. Plaintiff seeks records of requests for exemption from nondiscrimination requirements submitted pursuant to Agency guidance concerning Executive Order 13798, "Promoting Free Speech and Religious Liberty." *Id.* ¶ 16.

2. The Agency conducted searches for documents potentially responsive to Plaintiff's FOIA request and located 547 potentially responsive records to review. The Agency has completed its review and determined that none of them are responsive to Plaintiff's FOIA request.

3. The Parties propose to file an additional JSR in sixty days or on or before April 1, 2022, with their proposals for next steps, if any.

Dated: January 31, 2022  Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   */s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Counsel for Defendant*

/s/ Robin F. Thurston
ROBIN F. THURSTON, DC Bar #1531399
Democracy Forward Foundation
P.O. Box 34554
Washington, D.C. 20043
Phone: (202) 448-9090
Email: rthurston@democracyforward.org

*Counsel for Plaintiff*